No. 99–1478.  LABORA *v.* MCI TELECOMMUNICATIONS CORP. C. A. 11th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no

1124

part in the consideration or decision of this petition.

No. 99–1480. MRO COMMUNICATIONS, INC. v. AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.